1  ERIC GRANT
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HIUVER ARMANDO CASTRO MARADIAGA, | CASE NO. 1:25-CV-01779-DJC-JDP |
|---|---|
| Petitioner, | [PROPOSED] ORDER ON STIPULATED BRIEFING SCHEDULE |
| v. | |
| WARDEN OF GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*, | |
| Respondents. | |

The Court has reviewed the parties' stipulated schedule and hereby adopts it in full and orders as follows:

On or before January 28, 2026, Respondents shall provide Petitioner with a copy of any draft ICE declaration and documents they intend to use in opposing the existing habeas petition.

On or before February 2, 2026, Petitioner shall decide whether or not he wants to file an amended habeas petition and inform Defendants and the Court.

If no amended petition is going to be filed, then on or before February 11, 2026, Respondents shall file their opposition to the existing habeas petition (ECF 1).

If no amended petition is going to be filed, then on or before February 16, 2026, Petitioner shall file his reply to the opposition to the existing habeas petition.

If Petitioner decides to amend, then the amended habeas petition shall be filed on or before February 16, 2026.

[PROPOSED] ORDER ON STIPULATED BRIEFING SCHEDULE
*Castro-Maradiaga v. Warden, Golden State Annex;* 1:25-cv-1779 DJC JDP

1

1    Defendants shall file their opposition and any finalized declaration and/or supporting documents
2 to the amended habeas petition on or before February 27, 2026.

3    Petitioner's reply shall be filed on or before March 6, 2026.

IT IS SO ORDERED.

Dated:   January 8, 2026          _____
                                  JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ON STIPULATED BRIEFING SCHEDULE
*Castro-Maradiaga v. Warden, Golden State Annex;* 1:25-cv-1779 DJC JDP

2